JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER NODARSE,

    Petitioner,

v.

MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and BOBBY PHILLIPS, Warden,

    Respondent.

Case No. ED CV 09-1953 AHM (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 31, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1